(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Kenneth Smith, 193906
    (Name of Plaintiff)    (Inmate Number)
    1181 Paddock-DCC
    Smyrna, DE  19977

(Complete Address with zip code)

(2) _____
    (Name of Plaintiff)    (Inmate Number)

(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Stan Taylor (Former Corrections Commissioner)

(2) Thomas Carroll

(3) First Correctional Medical, Inc.
    (Names of Defendants)

(4) David Wilkerson
(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

(5) Gail Eller

07-269

(Case Number)
( to be assigned by U.S. District Court)

**CIVIL COMPLAINT**

• • Jury Trial Requested

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

None

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

    A.    Is there a prisoner grievance procedure available at your present institution? • (Yes) • • No

    B.    Have you fully exhausted your available administrative remedies regarding each of your present claims? • (Yes) • • No

    C.    If your answer to "B" is Yes:

        1. What steps did you take? Since 2002 filed 14 grievances concerning this issue, most recent being May 15, 2006. See: Attached Exhibit "A".

        2. What was the result? Grievance's denied, not heard and denied outside of institution review.

    D.    If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: **Stan Taylor**
Employed as **Former Commissioner** at **Department of Corrections**
Mailing address with zip code: **34 Indian River Drive**
**Dagsboro, Delaware 19939-3254**

(2) Name of second defendant: **Thomas Carroll**
Employed as **Warden** at **Delaware Correctional Center**
Mailing address with zip code: **1181 Paddocd Road, Smyrna, DE 19977**

(3) Name of third defendant: **First Correctional Medical, Inc.**
Employed as **Former Medical ~~Contractor~~** at _____
Mailing address with zip code: **6861 N. Oracle Rd., Tucson AZ 85704**

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

(4) David Wilkerson, Regional Director- Correctional Medical Services, Inc.  2 501 McKee Rd., Dover, DE 19904

(5) Gail Eller, Director of Nursin - Delaware Correctional Center, 1181 Paddock Rd., Smyrna, DE 19977

Exhibit A

**DEPARTMENT OF CORRECTION**
Bureau of Prisons
245 McKee Road
Dover, Delaware 19904

W-D8

December 6, 2006
November 28, 2006

Inmate SMITH KENNETH M
SBI # 00193906
DCC  Delaware Correctional Center
SMYRNA DE, 19977

Dear KENNETH SMITH:

We have reviewed your Grievance Case # 41564 dated 05/15/2006.

Based upon the documentation presented for our review, we uphold your appeal request.

Accordingly, there is no further issue to mediate nor Outside Review necessary as provided by BOP Procedure 4.4 entitled "Inmate Grievance Procedure", Level III appeals.

Sincerely,

Paul W. Howard
Bureau Chief

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/06/2006

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : SMITH, KENNETH M | **SBI#** : 00193906 | **Institution** : DCC |
| **Grievance #** : 41564 | **Grievance Date** : 05/15/2006 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Resol. Date** : 12/06/2006 |
| **Grievance Type**: Health Issue (Medical) | **Incident Date** : 05/15/2006 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg W1, Tier D, Cell 8, Single | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: this is an on going problem so there is no specific date 2nd time of medical incident. I have submitted several grievances concerning the infection and scarring of my scalp due to negligence and apathy. I signed off on several in good faith thinking that this problem would be addressed. I have seen an outside doctor, but have had no real follow up. The pain remains, the scar is getting bigger. I want someone to address my condition.

**Remedy Requested** : I want this growth to be surgically removed ASAP before further deterioration happens.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance** : YES        **Date Received by Medical Unit** : 05/24/2006
**Investigation Sent** : 05/24/2006    **Investigation Sent To** : Rodweller, Deborah
**Grievance Amount** :

Page 1 of 7

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/06/2006

# INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

**Offender Name :** SMITH, KENNETH M   **SBI# :** 00193906   **Institution :** DCC
**Grievance # :** 41564   **Grievance Date :** 05/15/2006   **Category :** Individual
**Status :** Resolved   **Resolution Status:** Level 3   **Inmate Status :**
**Grievance Type:** Health Issue (Medical)   **Incident Date :** 05/15/2006   **Incident Time :**
**IGC :** Merson, Lise M   **Housing Location :** Bldg W1, Tier D, Cell 8, Single

### INFORMAL RESOLUTION

**Investigator Name :** Rodweller, Deborah   **Date of Report** 05/24/2006

**Investigation Report :** inmate examined by dermatologist 05/08/06.

**Reason for Referring:**


**Offender's Signature:**_____

**Date** :_____

**Witness (Officer)** :_____

DCC  Delaware Correctional Center                                     Date: 12/06/2006
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

**Offender Name :** SMITH, KENNETH M          **SBI# :** 00193906          **Institution :** DCC
**Grievance # :** 41564                       **Grievance Date :** 05/15/2006  **Category :** Individual
**Status :** Resolved                         **Resolution Status :** Level 3  **Inmate Status :**
**Grievance Type:** Health Issue (Medical)    **Incident Date :** 05/15/2006   **Incident Time :**
**IGC :** Merson, Lise M                      **Housing Location :** Bldg W1, Tier D, Cell 8, Single

### IGC

**Medical Provider:**                         **Date Assigned**

**Comments:**

[x] **Forward to MGC**              [ ] **Warden Notified**

[ ] **Forward to RGC**              **Date Forwarded to RGC/MGC :** 06/08/2006

[x] **Offender Signature Captured**  **Date Offender Signed :**

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/06/2006

# GRIEVANCE INFORMATION - Appeal

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : SMITH, KENNETH M | **SBI#** : 00193906 | **Institution** : DCC |
| **Grievance #** : 41564 | **Grievance Date** : 05/15/2006 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 05/15/2006 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg W1, Tier D, Cell 8, Single | |

### APPEAL REQUEST

Appeal returned 8/7/06: I am appealing the decision of the Medical Grievance Committee (MGC) and it's appointed representative(s) on the ground that the designated healthcare provider has been deliberately indifferent to my need for medical treatment. I had been formally requesting treatment for my scalp condition since 1998, and have yet to receive the necessary treatment from a professional dermatologist outside of the prison. Due to an initial misdiagnosis and the continuing disregard for my worsening condition, I have suffered daily emotional stress related to the uncertainty as to whether my scalp condition will have an effect on my overall health. In 2005 I was taken to dermatologist Dr. Stickler. In 2006 I was taken to dermatologist Dr. Conti. However, the prison's healthcare provider has refuse to take me back for follow-up visits.

### REMEDY REQUEST

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/06/2006

# GRIEVANCE INFORMATION - BGO

## OFFENDER GRIEVANCE INFORMATION

**Offender Name:** SMITH, KENNETH M  **SBI#:** 00193906  **Institution:** DCC
**Grievance #:** 41564  **Grievance Date:** 05/15/2006  **Category:** Individual
**Status:** Resolved  **Resolution Status:** Level 3  **Inmate Status:**
**Grievance Type:** Health Issue (Medical)  **Incident Date:** 05/15/2006  **Incident Time:**
**IGC:** Merson, Lise M  **Housing Location:** Bldg W1, Tier D, Cell 8, Single

## REFERRED TO

**Due Date:** 08/29/2006  **Referred to:** Person  **Name:** Welch, James

**Type of Information Requested:**
Grievant requests surgical removal of growth ASAP.

## DECISION

**Date Received:** 08/07/2006
**Decision Date:** 11/02/2006  **Vote:** Uphold
**Comments:**
Ensure f/u w/ dermatology

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/06/2006

## GRIEVANCE INFORMATION - Bureau Chief

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : SMITH, KENNETH M | **SBI#** : 00193906 | **Institution** : DCC |
| **Grievance #** : 41564 | **Grievance Date** : 05/15/2006 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status** : |
| **Grievance Type** : Health Issue (Medical) | **Incident Date** : 05/15/2006 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg W1, Tier D, Cell 8, Single | |

### DECISION

**Decision Date:** 11/28/2006     **Vote :** Uphold

**Comments** :

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/06/2006

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

**Offender Name:** SMITH, KENNETH M   **SBI#:** 00193906   **Institution:** DCC
**Grievance #:** 41564   **Grievance Date:** 05/15/2006   **Category:** Individual
**Status:** Resolved   **Resolution Status:** Level 3   **Inmate Status:**
**Grievance Type:** Health Issue (Medical)   **Incident Date:** 05/15/2006   **Incident Time:**
**IGC:** Merson, Lise M   **Housing Location:** Bldg W1, Tier D, Cell 8, Single

### MGC

**Date Received:** 06/08/2006   **Date of Recommendation:** 08/02/2006

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Eller, Gail | Uphold |
| Staff | | Heddinger, Brenda | Uphold |
| Staff | | Gordon, Oshenka | Uphold |
| Staff | | McCreanor, Michael | Abstain |

### VOTE COUNT

**Uphold:** 3   **Deny:** 0   **Abstain:** 1

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

Hearing held Tuesday 1 August 2006.
Uphold: Refer to MD with request for consult to see dermatologist about area on scalp.
Appeal Provided. Appeal due Tuesday 8 August 2006.

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. SEE ATTACHED

2.

3.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Judgment against all defendants, for pain, suffering, humilation, plaintiff experienced from period needed but withheld medical treatment, together with punitive, and compensatory damages.

3

## STATEMENT OF CLAIMS

Since , October 1998 attempted to secure medical treatment, for small sore in my head. It was sore and very sensative too touch. The condition continued to worsten, commence filing medical grievances. In July 2005, finally sent to dermatologist, diagnosed condition as dissecting cellutitis of the scalp. He treated and request be returned within four too six weeks, this was never complied with. In May 2006 taken to another dermatologist, who treated, stated needed surgery, instructed be return within four too six weeks. Again, not complited with and condition had beome massive growth in scaple, which very sore and had commence bleeding.

When First Correctional Medical, Inc., medical contractor was constanly informed would have to secure approval from regional office to secure surgery. In conjunction with filing grievances, constantly wrote former commissioner Stan Taylor and Warden Carroll. The aforemention constantly ignored. On August 24, 2006 received to response from Julia M. Graff, Staff Attorney - A.C.L.U of Delaware. I was informed couldn't represent individual cases. On one occassion written State Representative Nancy H. Wagner concerning matter, promised too look into matter.

Each of the following dermatologist, Dr. Thomas Burke, Dr. Conti, and Cape Henlopen and Naticoke dermatology, stated needed operation or condition will continue to worsten and become extremely painful. The small pimple which started as, has grown to one quarter of rear of head. Extremly, painful too degree, just about impossible to wash. On several occassion asked defendant Gail Eller, why appoinments for outside specialist not kept, stated didn't feel need to receive additional treatment and ointment and creams provided could address the issue. The matter has been brought too attention of David Wilkerson, Regional Director - Correctional Medical Services. Stressed the severe pain experiencing, and difficulty keeping area clean. Both defendants' Ellier and Wilkerson ignore issues. Each grievance filled, outside review has been denied. There was contract between Delaware Center for Justice and Department of Corrections too handle outside review of grievances.

## STATEMENT OF CLAIMS CON'T

Inmates are never given written reason for denial of outside review. Just form letter, which attached to exhibit "A". The defendant's know the ointments and creams will not correct the serious medical problem. This has been constantly stated by the various specialist plaintiff has seen. The problem now so severe cannot comb, and extremely painful too wash. The defendants in concert have been indifferent to serious medical need. Unless addressed, don't know what this condition will develop into.

*Kenneth Smith*
KENNETH SMITH, 193906

2. <u>Immediately provided needed surgery.</u>

3. _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this <u>21st</u> day of <u>May</u>, 2<u>007</u>.

*Kenneth M Smith*
<u>Kenneth M. Smith</u>
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

