IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH M. SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 07-269 SLR |
| ) | |
| STAN TAYLOR, THOMAS CARROLL, ) | |
| FIRST CORRECTIONAL MEDICAL ) | |
| INC., DAVID WILKERSON, and GAIL ) | |
| ELLER, ) | |
| ) | |
| Defendants. ) | |

**AUTHORIZATION**

I, Kenneth M. Smith, SBI #193906, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $23.51 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _May 24_, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _5-30-07_, 2007.



FILED
JUN -6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

_Kenneth M. Smith_
Signature of Plaintiff

I/M Kenneth W. Smith
SBI# 193906   UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the Court
U.S. District Court
J. Caleb Boggs Federal Bldg.
844 N. King Street
Wilmington, DE
19801