**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KENNETH SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-269-SLR |
| | ) | |
| STAN TAYLOR, THOMAS CARROLL, | ) | JURY TRIAL DEMANDED |
| FIRST CORRECTIONAL MEDICAL, | ) | |
| INC., DAVID WILKERSON, and | ) | |
| GAIL ELLER, | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Stacey Xarhoulakos on behalf of State Defendant Warden Thomas L. Carroll. This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the State Defendant. The State Defendant specifically reserves the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

                                              STATE OF DELAWARE
                                              DEPARTMENT OF JUSTICE

                                              /s/ Stacey Xarhoulakos
                                              Deputy Attorney General,
                                              Department of Justice
                                              820 N. French Street, 6th floor
                                              Wilmington, DE 19801
                                              (302) 577-8400
                                              stacey.xarhoulakos@state.de.us

Dated: October 22, 2007

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 22, 2007, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on October 22, 2007, I have mailed by United States Postal Service, the document to the following non-registered participants:

  Kenneth Smith, Inmate
  SBI #193906
  Delaware Correctional Center
  1182 Paddock Road
  Smyrna, DE 19977

                /s/ Stacey Xarhoulakos
                Deputy Attorney General
                Department of Justice
                820 N. French Street, 6th Floor
                Wilmington, DE 19801
                (302) 577-8400
                stacey.xarhoulakos@state.de.us