IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH SMITH, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 07-269-SLR |
| | ) |
| STAN TAYLOR, THOMAS CARROLL, | )   JURY TRIAL DEMANDED |
| FIRST CORRECTIONAL MEDICAL, | ) |
| INC., DAVID WILKERSON, and | ) |
| GAIL ELLER, | ) |
|     Defendants. | ) |

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

COMES NOW Defendant, Thomas Caroll ("Defendant Carroll"), by and through undersigned counsel, and respectfully moves this Honorable Court to enter an Order granting an enlargement of thirty days within which to file a response to Kenneth Smith's ("Plaintiff") Complaint. In support of this motion, Defendant Carroll offers the following:

1. On May 15, 2007, Plaintiff filed this Complaint. (D.I. 2).

2. On August 30, 2007, Defendant Carroll's signed Waiver of Service form was filed with the Court with an answer due by October 22, 2007. (D. I. 9).

3. Defense counsel anticipates being able to file a responsive pleading by November 22, 2007. Response to Plaintiff's Complaint requires the collection and review of records. The documents have been requested. However, not all of them have been reviewed as of this date. In addition, a leave of absence by counsel, current caseload, and severe time constraints have created the need for more time to review records and draft the responsive pleading.

4. There is no trial date scheduled in this case.

2

WHEREFORE, for the reasons stated herein, Defendant Carroll respectfully requests that the Court grant the Motion for Enlargement of Time and enter an order in the form attached hereto.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Stacey Xarhoulakos
Deputy Attorney General
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us

Date: October 22, 2007    *Attorney for Defendant Thomas Carroll*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KENNETH SMITH, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>STAN TAYLOR, THOMAS CARROLL, )<br>FIRST CORRECTIONAL MEDICAL, )<br>INC., DAVID WILKERSON, and )<br>GAIL ELLER, )<br>    Defendants. ) | C.A. No. 07-269-SLR<br><br>JURY TRIAL DEMANDED |

## **O R D E R**

This _____ day of _____, 2007,

**WHEREAS,** Defendant Thomas Carroll, having requested an enlargement of time of thirty days in which to file an answer; and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, that Defendant's Motion for Enlargement of Time be granted and said Defendant shall file an answer on or before November 22, 2007.

_____
Sue L. Robinson, Judge
United States District Court Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KENNETH SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-269-SLR |
| | ) | |
| STAN TAYLOR, THOMAS CARROLL, | ) | JURY TRIAL DEMANDED |
| FIRST CORRECTIONAL MEDICAL, | ) | |
| INC., DAVID WILKERSON, and | ) | |
| GAIL ELLER, | ) | |
| Defendants. | ) | |

## 16.5 CERTIFICATE OF COUNSEL

In compliance with Local Rule of Civil Procedure 16.5, counsel for the Defendants making the request for enlargement of time to file a reply brief files this Certificate and states:

I certify that the Defendants have been provided with copies of the Motion for Enlargement of Time and that service has been sent by regular mail.

/s/ Stacey Xarhoulakos
Deputy Attorney General
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us

Date: October 22, 2007          *Attorney for Defendant Thomas Carroll*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KENNETH SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-269-SLR |
| ) | |
| STAN TAYLOR, THOMAS CARROLL, ) | JURY TRIAL DEMANDED |
| FIRST CORRECTIONAL MEDICAL, ) | |
| INC., DAVID WILKERSON, and ) | |
| GAIL ELLER, ) | |
| Defendants. ) | |

## 7.1.1 CERTIFICATE OF COUNSEL

Undersigned counsel hereby certifies, pursuant to Local Rule 7.1.1, that:

1. The plaintiff is an inmate incarcerated in the Delaware Correctional system, at the Delaware Correctional Center in Smyrna, Delaware.

2. Since the plaintiff is not able to be reached by telephone, counsel for Defendants has spent no time in attempting to reach an agreement on the subject of the motion for enlargement of time.

3. She assumes that the motion is opposed.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Stacey Xarhoulakos
Deputy Attorney General
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us

Date: October 22, 2007         *Attorney for Defendant Thomas Carroll*

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

I hereby certify that on October 22, 2007, I electronically filed *Defendant's Motion for Enlargement of Time* with the Clerk of Court using CM/ECF. On October 22, 2007, I have mailed by United States Postal Service, the document to the following non-registered participant:

Kenneth Smith
SBI # 193906
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ Stacey Xarhoulakos
Deputy Attorney General
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us

*Attorney for Defendant Thomas Carroll*