CA 07-269 SLR

11-25-07

To Whom It May Concern:

My name is Kenneth Smith #193906. I would like a copy of my opening Complaint. Case No: 07-269-SLR

Thank you for your help.

Kenneth Smith

I/M Kenneth Smith
SBI# 193906   UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
26 NOV 2007 PM

Clerk of the Court
U.S. District Court
844 N. King Street
Wilmington, DE
19801