OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 27, 2007

TO:

**Kenneth M. Smith**
SBI #193906
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

**RE: Letter Dated 11/25/07 - Request for Copy of Complaint
CA 07-269 SLR**

Dear Mr. Smith:

The Clerk's office is in receipt of your letter requesting a copy of your Complaint.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. Should you require copies in the future, please be aware of this fee requirement.

The cost of the Complaint you are requesting is **$ 7.50**. The Complaint is **15 pages**.

Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rwc

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson