OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 20, 2007

TO: **Delaware Correctional Center**
    **ATTN:  Business Office**
    **P.O. Box 500**
    **Smyrna, DE 19977**

   **RE:  CA 07-269 SLR and CA 07-392 SLR FILING FEES**

   Please take note that the $350.00 filing fee in CA 07-269 SLR
was paid in full with the last payment made on 11/2/07 (see
attached ledger). A note to this effect was placed on the
corresponding docket entry. A copy was sent to the business office
on 11/2/07 (see attached NEF for 11/2/07 payment).

   The fees received from your business office on 12/19/07 were
earmarked for CA 07-269 SLR and  CA 07-392 SLR, however, the entire
amount was applied to CA 07-392 SLR in that this is the only case
involving Mr. Smith which has remaining fees due (see attached NEF
for 12/19/07 payment).

   Please contact me directly if you have a question, at 302-573-
6158.

                              Sincerely,

/rbe                          PETER T. DALLEO
        BY:                   CLERK
              Ronald B. Eberhard
              Intake Supervisor

Attachment - Copy of NEF for payment made on 11/2/07, CA 07-269 SLR

cc: The Honorable Sue L. Robinson, CA 07-269 SLR and CA 07-392 SLR
    Financial Administrator, US District Court
    Kenneth M. Smith, SBI #193906, DCC

```
MIME-Version:1.0
From:ded_nefreply@ded.uscourts.gov
To:ded_ecf@ded.uscourts.gov
Bcc:stacey.xarhoulakos@state.de.us, slr_nef@ded.uscourts.gov
Message-Id:<469462@ded.uscourts.gov>
Subject:Activity in Case 1:07-cv-00269-SLR Smith v. Taylor et al Partial Filing Fee
Received
```
Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

## District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 11/2/2007 at 2:08 PM EDT and filed on 11/2/2007

**Case Name:**        Smith v. Taylor et al
**Case Number:**      1:07-cv-269
**Filer:**            Kenneth M. Smith
**Document Number:** No document attached

**Docket Text:**
Partial Filing Fee Received from Kenneth M. Smith: $ 212.26, receipt number 149447 (copy of receipt/report to business office). FILING FEE PAID IN FULL. (rwc)

**1:07-cv-269 Notice has been electronically mailed to:**
Stacey Xarhoulakos stacey.xarhoulakos@state.de.us

**1:07-cv-269 Notice has been delivered by other means to:**

Kenneth M. Smith
SBI #193906
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

KENNETH M. SMITH v. TAYLOR, ET AL

CA 07-269-SLR
CASE #1

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|------|------|---------|--------|---------|
| 5/24/2007 | | | | 350 |
| 6/6/2007 | 5100PL | 147776 | 23.51 | 326.49 |
| 7/16/2007 | 5100PL | 148186 | 23.51 | 302.98 |
| 8/8/2007 | 5100PL | 148479 | 11.30 | 291.68 |
| 9/12/2007 | 5100PL | 148867 | 3.76 | 287.92 |
| 10/12/2007 | 5100PL | 149189 | 75.66 | 212.26 |
| 11/2/2007 | 5100PL | 149447 | 52.26 | 160 |
| 11/2/2007 | 0869PL | 149447 | 60.00 | 100 |
| 11/2/2007 | 086400 | 149447 | 100.00 | 0 |

## Other Events
1:07-cv-00392-SLR Hall et al v. Minner et al **CASE CLOSED on 10/25/2007**
APPEAL, CLOSED, PaperDocuments

### U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 12/20/2007 at 9:34 AM EST and filed on 12/20/2007
**Case Name:**        Hall et al v. Minner et al
**Case Number:**      1:07-cv-392
**Filer:**            Kenneth M. Smith
**WARNING: CASE CLOSED on 10/25/2007**
**Document Number:** No document attached

**Docket Text:**
Partial Filing Fee Received from Kenneth M. Smith: $ 31.68, receipt number 149998 (copy of receipt/report to business office). (rbe)

**1:07-cv-392 Notice has been electronically mailed to:**
Stacey Xarhoulakos stacey.xarhoulakos@state.de.us

**1:07-cv-392 Notice has been delivered by other means to:**

Lloyd Dixon, III
SBI# 122634
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Salih Hall
SBI# 104141
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Kenneth M. Smith
SBI #193906
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977