IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

KENNETH SMITH,                            )
                                          )
        Plaintiff,                     )
                                          )
v.                                        )    C.A. No. 07-269-SLR
                                          )
STAN TAYLOR, THOMAS CARROLL,              )
FIRST CORRECTIONAL MEDICAL, INC.,         )
DAVID WILKERSON, and GAIL ELLER,          )
                                          )
        Defendents.                    )

FILED JAN 16 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## MOTION FOR APPOINTMENT OF COUNSEL

COME NOW Kenneth Smith, pursuant to Federal Rules of Civil Procedure, move this Honorable Court to appoint counsel in connection with above entitled.

In futherance of his motion, the plaintiff represent as follows:

1. The planintiff is unable to afford counsel.

2. The issues involved are medical related, and may require expert witnesses.

3. The case will require discovery of documents, admissions, interrogatories and depositions, which plaintiff cannot secure.

4. There is lack of ability for plaintiff to interview potential witnesses.

5. The plaintiff has only high school education, and lack legal knowledge. The plaintiff has too depend on other inmates to assist.

6. There is special circumstances which indicate a likelihood of substantial prejudice to plaintiff from his inability without

such assistance to present the facts and legal issues to the court in this complex, arguably meritorious case. See: Pierce v. Vaughn, 1992 U.S. Dist. LEXIS 12, 553 (E.D.P.A Aug. 21, 1992); Robinson v. Varone, 1992 U.S. Dist. LEXIS 13, 940 (E.D.P.A. Sept, 15, 1992). The factors appropriately considered in deciding whether an appointment of counsel is warranted include the arguable merit of the plaintiff's claim, plaintiff's ability to present his case, the difficulty of the particular issues, the degree to which factual investigation will be required and the plaintiff's ability to pursue such investigation, the likelihood that withnesses' credibility will be an issues.

WHEREFORE, the plaintiff's motion for appointment of counsel should be granted.

*Kenneth Smith*
KENNETH SMITH, 193906
1181 Paddock Raod - DCC
Smyrna, DE   19977

DATED: January 9, 2008

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY have furnished copy of aforemention too Stacey Xarhoulakos, Deputy Attorney General, Department of Justice, Carvel State Office Building, 820 N. French Street, Wilm, DE 19801.

By U.S. Mail this 9th day of January 2008, with sufficient postage affixed thereto.

*Kenneth Smith*
KENNETH SMITH, 193906

I/M Kenneth Smith
SBI# 193906   UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
15 JAN 2008 PM 1 T

Clerk of the Court
U.S. District Court
J. Caleb Boggs Federal Bldg
844 N. King Street
Wilmington DE
19801