IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KENNETH SMITH, )
)
    Plaintiff, )
)
v. ) C.A. No. 07-269-SLR
)
STAN TAYLOR, THOMAS CARROLL, )
FIRST CORRECTIONAL MEDICAL, INC. )
and GAIL ELLER, )
)
    Defendants. )

FILED
MAR - 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION FOR APPOINTMENT OF EXPERT

COME NOW plaintiff pursuant to Federal Rules of Civil Procedure, motion this court for appointment of board certified dermatologist to evaluate medical condition. In support of this motion plaintiff represents the following:

1. In 1998 attempted secure treatment for sore size of pimple in my head. The aforemention has spread to massive growth concerning rear part of head. The condition viewed by dermatologist in July 2005 diagnosed dissecting cellutitis of the scalp. He provided a recommended course of treatment, which not followed, nor returned in six weeks per his order.

2. The plaintiff taken to dermatologist in May 2006 as result growth increase in size and bleeding. the following dermatologist Dr.'s Thomas Burke, and Conti stated needed operation, which still not provided.

3. The growth has grown to one quater of rear of head, in constant pain, occassionally bleed and conuse constant discomfort.

4. Medical provider (Correctional Medical services) provide ointment, states funds not available for surgery at this point in time.

*Kenneth Smith*
KENNETH SMITH, 193906
1181 Paddock Rd. - DCC
Smyrna, DE  19977

DATED: MARCH 6, 2008

## CERTIFICATE OF SERVICE

I HEREY CERTIFY copy of aforemention was furnished Xarhoulakos, Deputy Attorney General, Department of Justice, Carvel State Office Building, 820 N. French Street, Wilm, DE 19801.

By U.S. Mail this 6th day of March 2008 with sufficient postage affixed thereto.

*Kenneth Smith*
KENNETH SMITH, 193906

IM Kenneth Smith
SBI# 193966 UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the Court
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE
19801