IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH M. SMITH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STAN TAYLOR, et al., )<br>)<br>Defendants. ) | Civ. No. 07-269-SLR |

**ORDER**

At Wilmington this 24th day of March, 2008, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.1;

IT IS ORDERED that:

1. **Discovery**. All discovery in this case shall be initiated so that it will be completed on or before **July 31, 2008.**

2. **Application by Motion**. Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

3. **Summary Judgment Motions**. All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **September 1, 2008.** Answering briefs and affidavits, if any, shall be filed on or before **October 1, 2008.** Reply briefs shall be filed on or before **October 15, 2008.**

IT IS FURTHER ORDERED that, on or before **April 24, 2008**, plaintiff shall show cause why defendants Stan Taylor, David Wilkerson and Gail Eller should not be

dismissed for failure to timely serve process on said defendants pursuant to Federal Rule of Civil Procedure 4(m), or otherwise prosecute the matter. **FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF SAID DEFENDANTS FROM THIS ACTION.**

                                                        _____
                                                        United States District Judge