IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH M. SMITH, | ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 07-269-SLR |
| FIRST CORRECTIONAL MEDICAL, INC., | ) ) ) |
| Defendant. | ) ) |

**DEFAULT IN APPEARANCE**

AN ENTRY OF DEFAULT IN APPEARANCE is entered against defendant First Correctional Medical, Inc. pursuant to Federal Rule of Civil Procedure 55(a) as defendant has failed to answer or otherwise respond to the complaint. (See D.I. 8)

Dated: March 31, 2008

*Francesca Passone*
(By) Deputy Clerk