**FILED**
APR -8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CA07-269 SLR

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

First Correctional Medical
6861 North Oracle Road
Tucson, AZ 85704

NIXIE    950 DE 1    00 04/05/08
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 19899001918 *1527-23914-01-41

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH M. SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 07-269-SLR |
| FIRST CORRECTIONAL MEDICAL, INC., | ) ) ) ) |
| Defendant. | ) ) |

**DEFAULT IN APPEARANCE**

AN ENTRY OF DEFAULT IN APPEARANCE is entered against defendant First Correctional Medical, Inc. pursuant to Federal Rule of Civil Procedure 55(a) as defendant has failed to answer or otherwise respond to the complaint. (See D.I. 8)

Dated: March 31, 2008

_Francesca Passore_
(By) Deputy Clerk