## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-269-SLR |
| | ) | |
| STAN TAYLOR, THOMAS CARROLL, | ) | JURY TRIAL DEMANDED |
| FIRST CORRECTIONAL MEDICAL, | ) | |
| INC., DAVID WILKERSON, and | ) | |
| GAIL ELLER, | ) | |
| Defendants. | ) | |

### STATE DEFENDANT THOMAS CARROLL'S REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendant Thomas Carroll, through undersigned counsel, hereby serves on Plaintiff Kenneth Smith the following Requests for Production of Documents and Things.

### INSTRUCTIONS

A.  If any document or thing required to answer any Request for Production is withheld because you claim that such information is privileged or is contained in a privileged document or communication:

(1) identify each such document with sufficient specificity to permit a court to determine the propriety of the asserted privilege and setting forth the nature of the document;

(2) identify the privilege and set forth the factual basis for the privilege claims; and

(3) set forth each Request to which each such document or thing is responsive.

B.  These Requests for Production are continuing in nature and, if applicable, will

require supplemental responses pursuant to Rule 26(e) of the Federal Rules of Civil Procedure.

## REQUESTS FOR PRODUCTION

**REQUEST NO. 1:**

1. All grievances, complaints, or other correspondence relating to, regarding or arising out of the incidents alleged in Plaintiff's Complaint, including, but not limited to, all grievances or complaints submitted by Plaintiff to Department of Correction personnel, responses thereto, and any related correspondence between Plaintiff and Department of Correction personnel.

**REQUEST NO. 2:**

2. All correspondence relating to, regarding or arising out of the allegations in Plaintiff's Complaint, including, but not limited to, any correspondence between friends or family members of Plaintiff or other inmates and Department of Correction personnel.

**REQUEST NO. 3:**

3. Any statements, declarations, petitions, or affidavits relating to, regarding or arising out of the allegations in Plaintiff's Complaint and any statements, declarations, or affidavits of Plaintiff, other inmates, or witnesses to the allegations in the Complaint.

**REQUEST NO. 4:**

4. All medical records for Plaintiff relating to, regarding or arising out of the allegations in Plaintiff's Complaint.

**REQUEST NO. 5:**

5. All medical records for Plaintiff for the past 15 years.

**REQUEST NO. 6:**

6. All criminal history records for Plaintiff from any other State besides Delaware

for the past 15 years.

**REQUEST NO. 7:**

      7.      All documents identified or referenced in Plaintiff's Answers to Defendants' First Set of Interrogatories, served contemporaneously herewith.

                                      **DEPARTMENT OF JUSTICE**
                                      **STATE OF DELAWARE**

                                      */s/ Stacey X. Stewart*
                                      Stacey X. Stewart (I.D. 4667)
                                      Deputy Attorney General
                                      Department of Justice
                                      820 N. French St., 6th Floor
                                      Wilmington, DE 19801
                                      (302) 577-8400
                                      stacey.stewart@state.de.us
                                      Attorney for Defendant Thomas Carroll

Dated: April 29, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2008, I electronically filed *State Defendant Thomas Carroll's Request for Production of Documents and Things* with the Clerk of Court using CM/ECF. I hereby certify that on April 29, 2008, I have mailed by United States Postal Service, the document to the following non-registered party:

Kenneth Smith, Inmate
SBI #193906
Delaware Correctional Center
1182 Paddock Road
Smyrna, DE 19977

/s/ Stacey X. Stewart
Stacey X. Stewart (I.D. 4667)
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.stewart@state.de.us