IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KENNETH M. SMITH,                )
                                 )
        Plaintiff,               )
                                 )
    v.                           )   Civ. No. 07-269-SLR
                                 )
FIRST CORRECTIONAL MEDICAL,      )
INC.,                            )
                                 )
        Defendant.               )

### MOTION FOR DEFAULT JUDGMENT

Plaintiff Kenneth M. Smith moves the court to enter a default judgment against defendant First Correctional Medical, Inc., and atate:

1. A default has been entered against defendant First Correctional Medical, Inc., by Deputy clerk of the Court on March 31, 2008.

2. The court will hold a hearing on the damages to which I am entitled.

3. Defendant First Correctional Medical, Inc. is not in the military services as shown by the attached affidavit.

```
                                    _____
                                    KENNETH SMITH, 193906
                                    Delaware Correctional Center
                                    1181 Paddock Road
                                    Smyrna, DE  19977
```

DATED: May 6, 2008



FILED
MAY - 8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KENNETH SMITH,                        )
                                      )
       Plaintiff,                     )
                                      )
  v.                                  )    Civ. No. 07-269-SLR
                                      )
FIRST CORRECTIONAL MEDICAL,           )
INC.,                                 )
                                      )
       Defendant.                     )

### AFFIDAVIT AS TO MILITARY SERVICE

State of Delaware    )
                     )   ss:
County of New Castle )

    Kenneth Smith, being duly sworn, deposes and says:

    1. I am the pro se plaintiff in the above entitled matter. I make this affidavit pursuant to the requirements of the Solders' and Sailor's Civil Relief Act, 50 U.S.C. Appendix 520.

    2. Based on that fact, the plaintiff is convinced that defendant First Correctional Medical, Inc. is not in the military service of the United States.

_____
KENNETH M. SMITH, 193906

SWORN to Bebore me this ___6th___ day of __May__ 2008.

_____
NOTARY PUBLIC
Timothy J. Martin

MY COMMISSION EXPIRES: June 14, 2008.

I/M  Kenneth M. Smith
SBI# 193906   UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE   19801