IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KENNETH SMITH,

    Plaintiff,

v.                             C.A. No. 07-269-SLR

STAN TAYLOR, THOMAS CARROLL, FIRST
CORRECTIONAL MEDICAL, INC., and
GAIL ELLER,

    Defendants.



FILED MAY - 8 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT STAN TAYLOR

Deman is hereby made for full and complete answers to the following interrogatories under oath within thirty days. These interrogatories are continuing and require that supplemental responses be filed in accordance with Federal Rules of Civil Procedure.

### DEFINITION AND INSTRUCTIONS

    A.  The word "identify" and word derived therefrom shall have the following meanings:

        1.  As applied to an individual, "identify" means to state:

            a.  The individuals name;

            b.  The individual's last known home aad business and the telephone number for each such address;

            c.  The individual's occupation and title, if any, as of the time to which the interrogatory is directed and as of the present time; and

            d.  The role played by the individual in relation to the subject matter of the interrogatory.

  2. As applied to a document, "identify" means to state:

    a. Its nature (e.g., letter, memorandum, telegram, note, drawing, photograph, etc.);

    b. Its subject matter;

    c. By whom it was made and to whom it was directed;

    d. The date upon which it was made; and

    e. The identify of all individuals or organizations who had possession of the orginal and any copies.

**Note:** Production of each doucument is acceptable in lieu of stating the information in points (a) through (d) of this definnition.

  3. "Describe" means to set forth fully the underlying facts (rather then ultimate facts or conclusions of fact or law), including date, time and lication.

  4. "Person" shall mean any natural person, and corporation, partnership, association, joint venture, from or other business enterprise or legal entity, and means both singular and plural.

  5. "DOC" shall mena the Department of Corrections this action and any of its affiliates, subsidiaries, employees, independent contractors, and any other person or entity under control of DOC.

  6. "Your and your shall mean the Plaintiff in this action, Kenneth Smith.

  B. If you object to any of the interrogatories herein, whether in whole or in part, on the ground that the information sought therein in privileged or confidential:

    1. describe any such communication sought to be protected, including its subject matter, and

    2. Identify the individual by whom it was made, the individual to who it was directed, and all individuals present when

it was made; and

    3. Identify any document in which it was recorded, described ro summarized; and

    4. Identify any such document sought to be protected.

## INTERROGATORIES [1]

1) Described prior to federal investigation, who evaluated or monitored "Correctional Medical Services" performaces.

2) Explain the reponsibility too inmates under Title 11 Section 6536.

3) Detail sources available to inmates after filing medical grievances, concerning medical issues dealing with Correctional Medical Systems.

4) Outline evaluation process for Correctional Medical Services in it's providing medical services too inmates.

5) Who/how is it determined when inmate taken to outside specialist, should inmate receive treatment prescribed by outside specialist.

6) Name the agency(s) that evaluated Correctional Medical Services, contract performance in providing medical services too inmates.

7) Explain why since 1998 none of the recommendations of outside specialist followed. Even when reached your desk, via grievance and personal letter process.

8) What did you base your decision, when denied plaintiff receiving treatment ordered by specialist.

---

[1] Please submit additional pages, if necessary

9) State the procedure in effect in March, 1998 at Delaware Correctional Center, for final resolution of inmate grievances (medical). The aforemention means name of agencie(s) or medical contractors.

10) State the name(s) of persons within "DOC" responsible for monitoring contract between DOC and Correctional Medical Systems.

*Kenneth Smith*
KENNETH SMITH, 193906
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

DATED: May 6, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY copy of aforemention was furnished Xarhoulakos, Deputy Attorney General, Department of Justice, Carvel State Office, 820 N. French St., Wilm, DE  19801.

By U.S. Mail this 6th day of May 2008 with sufficient postage affixed thereto.

*Kenneth Smith*
KENNETH SMITH, 193906