IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH SMITH, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 07-269-SLR |
| STAN TAYLOR, THOMAS CARROLL, FIRST CORRECTIONAL MEDICAL, INC., DAVID WILKERSON, and GAIL ELLER, | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

**PLAINTIFF'S RESPONSE TO DEFENDANT CARROLL'S**
**FIRST SET OF INTERROGATORIES**

**INTERROGATORIES**

**RESPONSE:**

   1) With respect to each and every claim in your Complaint

   a) Lack of medical attention prescribed by specialist (Dermatologist) support contentions.

   b) The behaviors of each defendant, failed to provide medical treatment ordered by specialist.

   c) Each of the defendants.

   d) Medical records and grievances.

**RESPONSE:**

   2) Medical records from Department of Corrections, and records from outside medical specialist.

**RESPONSE:**

   3) Outside medical specialist, which provided plaintiff treatment.

**RESPONSE:**

   4) All medical records.

**RESPONSE:**

    5)   Each outside specialist that provided plaintiff treatment.

    6)

**RESPONSE:**

        a)   Kenneth Smith.

        b)   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.

        c)   April 23, 1965

        d)   Wilmington, Delaware

        e)   9th Grade

    7)

**RESPONSE:** See records from Department of corrections, inmated not premitted access too same.

    8)

**RESPONSE:** Held series of jobs since incarcerated at Delaware Correctional Center, none payhing over $37.00 per month. Cannot remember specific jobs.

    9)

**RESPONSE:** Information not available too inmates.

    10)

**RESPONSE:** See plaintiff's medical records, inmates not permitted copy of same.

    11)

**RESPONSE:** Other then experiencing constant pain, on occassions bleeding, refer reviewing of plaintiff's medical records.

    12)

**RESPONSE:** Constantly requested defendant's comply with treatment ordered by outside specialist.

13)

RESPONSE: Numerous grievance filed in connections will issues raised in complaint. Often, there lack anytype response, due to there lacking concern about the problems.

14)

RESPONSE: Seeking punitive damages, and operation ordered by dermatologist.

15)

RESPONSE: Lack knowledge concerning medical question being raised in this interrogatorie.

16)

RESPONSE: None

*Kenneth Smith*
KENNETH SMITH, 193906
1181 Paddock Road - DCC
Smyrna, DE  19977

DATED: May 14, 2008

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY a copy of the aforemention was furnished Stacey X. Steward, Esuire, Department of Justice, Carvel State Office Building, 820 N. French Street, Wilm, DE 19801.

BY United States Mail this 19th day of May 2008, with sufficient postage affixed thereto.

*Kenneth Smith*
KENNETH SMITH, 193906

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH SMITH, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 07-269-SLR |
| STAN TAYLOR, THOMAS CARROLL, FIRST CORRECTIONAL MEDICAL, INC., DAVID WILKERSON, and GAIL ELLER, Defendants. | ) ) ) ) ) | |

VERIFICATION AS TO ANSWERS:

I hereby declare under penalty of perjury that the attached Plaintiff's Answers to Defendants' First Set of Interrogatories are true and correct.

*Kenneth Smith*
Kenneth Smith

I/M Kenneth Smith
SBI# 193906   UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE
19801