IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



KENNETH SMITH,            )
                          )
          Plaintiff,      )
                          )
     v.                   )    C.A. No. 07-269-SLR
                          )
STAN TAYLOR, THOMAS CARROLL,  )    JURY TRIAL DEMANDED
FIRST CORRECTIONAL MEDICAL,   )
INC., DAVID WILKERSON, and    )
GAIL ELLER,               )
                          )
          Defendants.     )

### PLAINTIFF'S RESPONSE TO DEFENDANT CARROLL'S PRODUCTION REQUEST

**REQUEST NO. 1:** Plaintiff does not have copies of all the grievances filed, same can be secured from department of corrections.

**RESPONSE NO.2:** Do not have copies of correspondences arising out of the allegations.

**RESPONSE NO. 3:** None available.

**RESPONSE NO.4:** Medical records can be secured from Correctional Medical Services, inmated not provided copies of same.

**RESPONSE NO. 5:** Copy of criminal records in possession of the department of corrections

**REQUEST NO.6:** Medical records can be secure from Correctional Medical Services.

**REQUEST NO. 7:** None available.

KENNETH SMITH, 193906

DATED:  May 14, 2008

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** a copy of the aformention was furnished Stacey x. Stewart, Esquire, Department of Justice, Carvel State Office Building, 820 N. French Street, Wilm, DE  19801.

By United States Mail this 14th day of May 2008, with sufficient postage affixed thereto.

KENNETH SMITH, 193906