IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH M SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-269-SLR |
| | ) |
| FIRST CORRECTIONAL MEDICAL, INC., | ) |
| | ) |
| Defendant. | ) |

# ORDER

At Wilmington this 10th day of June, 2008, a motion for default judgment having been filed by the plaintiff on May 8, 2008 (D.I. 29);

IT IS ORDERED that, on or before **July 14, 2008**, plaintiff shall submit an affidavit telling the court in detail what relief he is seeking from this defendant and the grounds upon which he bases his request for relief.

_____
United States District Judge