IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH M. SMITH, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 07-269-SLR |
| FIRST CORRECTIONAL MEDICAL, INC., | ) |
| Defendant. | ) |

### AFFIDAVIT IN SUPPORT DEFAULT JUDGMENT

Kenneth M. Smith states underr penalty of perjury:

1. I am the plaintiff in the above-entitled case. I make this affidavit pursuant, to Court's order dated June 10, 2008.

2. Current assessmnet by Dr. Thomas Burke, Dermatologist of current medical needs.

3. Should operation previously prescribed still warranted, the aforemention will be provided within sixty days.

4. Any other treatment Dr. Thomas Burke, Dermatologist deem proper.

5. Punitive damages in amount of $20,000, for pain and suffering since October 1998 when commence attempt secure treatment.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 24 day of June, 2008.

KENNETH M. SMITH, 199906
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

_____
NOTARY

My commission expires May 23, 2009.

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, copy of aforemention was furnished Stacey X. Stewart, Deputy Attorney General, Department of Justice, Carvel State Office Building, 820 N. French Street, Wilmington, DE 19801.

By u.s. Mail this 26th day of June 2008, with sufficient postage affixed thereto.

*[signature]*
KENNETH M. SMITH, 193906

I/M Kenneth M. Smith
SBI# 193906      UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware
19801