IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-269-SLR |
| | ) | |
| STAN TAYLOR, THOMAS CARROLL, | ) | JURY TRIAL DEMANDED |
| FIRST CORRECTIONAL MEDICAL, | ) | |
| INC., DAVID WILKERSON, and | ) | |
| GAIL ELLER, | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR LEAVE TO DEPOSE PLAINTIFF**

COMES NOW Defendant Thomas Carroll ("Defendant"), by and through undersigned counsel, and respectfully moves this Honorable Court to enter an Order granting counsel the right to depose Kenneth Smith ("Plaintiff"), an incarcerated individual:

1.  Plaintiff is an inmate incarcerated at the James T. Vaughn Correctional Center in Smyrna, Delaware.

2.  Counsel for the Defendant wishes to depose Plaintiff as part of discovery in this case.

3.  The scheduling order requires that discovery be completed on or before July 31, 2008. (D.I. 24).

4.  Fed. R. Civ. P. 30(a)(2) requires leave of the Court to depose an incarcerated individual.

5.  A form of order is attached to this motion that grants Defendant's counsel the right to depose Plaintiff.

2

WHEREFORE, Defendant respectfully requests that this Honorable Court grant his Motion for Leave to Depose Plaintiff Kenneth Smith.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ *Stacey X. Stewart*_____
Stacey X. Stewart, I.D. No. 4667
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.stewart@state.de.us
*Attorney for Defendant Thomas Carroll*

Dated: July 14, 2008

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-269-SLR |
| | ) | |
| STAN TAYLOR, THOMAS CARROLL, | ) | JURY TRIAL DEMANDED |
| FIRST CORRECTIONAL MEDICAL, | ) | |
| INC., DAVID WILKERSON, and | ) | |
| GAIL ELLER, | ) | |
| Defendants. | ) | |

## **ORDER**

This _____ day of _____, 2008,

**WHEREAS,** Defendant having requested leave to depose Plaintiff Kenneth Smith pursuant to Fed. R. Civ. P. 30(a); and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, that Defendant's Motion for Leave to Depose Plaintiff shall be granted and Defendants shall have the right to depose Plaintiff Kenneth Smith.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2008, I electronically filed *Defendant's Motion for Leave to Depose Plaintiff* with the Clerk of Court using CM/ECF.  I hereby certify that on July 14, 2008, I have mailed by United States Postal Service, the document to the following non-registered participants:

Kenneth Smith
SBI # 193906
James T. Vaughn Correctional Center
1181 Paddock Road.
Smyrna, DE. 19977

          /s/ *Stacey X. Stewart*_____
Stacey X. Stewart, I.D. No. 4667
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.stewart@state.de.us
*Attorney for Thomas Carroll*