## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-269-SLR |
| | ) | |
| STAN TAYLOR, THOMAS CARROLL, | ) | JURY TRIAL DEMANDED |
| FIRST CORRECTIONAL MEDICAL, | ) | |
| INC., DAVID WILKERSON, and | ) | |
| GAIL ELLER, | ) | |
| | ) | |
| Defendants. | ) | |

### Notice of Deposition

TO: Kenneth Smith, Inmate
SBI #193906
James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**PLEASE TAKE NOTICE** that the oral deposition of Kenneth Smith will be taken by Stacey X. Stewart, Deputy Attorney General, on Friday, July 25, 2008 at 1:00 p.m. The deposition will take place at the James T. Vaughn Correctional Center; 1181 Paddock Road, Smyrna, Delaware 19977, and will be transcribed by a professional reporter.

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/ Stacey X. Stewart_____
    Stacey X. Stewart, I.D. No. 4667
    Deputy Attorney General
    820 North French Street, 6th Floor
    Wilmington, DE 19801
    (302) 577-8400
    stacey.stewart@state.de.us
    Attorney for Defendants

Dated: July 18, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2008, I electronically filed *Notice of Deposition* with the Clerk of Court using CM/ECF. I hereby certify that on July 18, 2008, I have mailed by United States Postal Service, the document to the following non-registered party:

Kenneth Smith, Inmate
SBI #193906
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ Stacey X. Stewart
Stacey X. Stewart, I.D. No. 4667
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.stewart@state.de.us
Attorney for Defendant