IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KENNETH SMITH, )
 )
    Plaintiff, )
 )
v. ) C.A. No. 07-269-SLR
 )
STAN TAYLOR, THOMAS CARROLL, )
FIRST CORRECTIONAL MEDICAL, INC., )
DAVID WILKERSON, and GAIL ELLER, )
 )
    Defendants. )

FILED
AUG 15 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PLAINTIFF'S RESPONSE TO DEFENDANT THOMAS CARROLL
PRODUCTION REQUEST

### RESPONSE TO PRODUCTION REQUEST

**REQUEST NO. 1:**

1. All grievance, complaints, or other corespondence relating to, regarding or arising out of the incidents alleged in Plaintiff's Complaint, including, but not limited to, all grievances or complaints submitted by Plaintiff to Department of Corrections personnel, response thereto, and any related correspomndence between Plaintiff and Department of Coccections personnel.

Ans:. Can secure from institution record.

**REQUEST NO. 2:**

2. All correspondence relating to, regarding or arising out of the allegations in Plaintiff's Complaint, including, but not limited to, any correspondence between friends or family members of Plaintiff or other inmates and Department of Corrections personnel.

Ans: Lack copies of same.

**REQUEST NO. 3:**

3. Any statements, declarations, petitions, or affidavits relating to, regarding or arising out of the allegations in Plaintiff's Complaint and any statements, declarations, or affidavits of Plaintiff, other inmates, or witnesses to the alegation in the Complaint.

Ans: Have none/

**REQUEST NO. 4:**

4. all medical records for Plaintif relating to, regarding or arising out of the allegations in Plaintiff's Complaint.

Ans;. The aforemention can be secured from Plaintt's medical records at Delaware Correctional Center.

**REQUEST NO. 6:**

6. all criminal history records for Plaintiff from any other State besides Delaware for the past 15 years.

Ans:  Have none.

**REQUEST NO. 7:**

7. All documents identified or referenced in Plaintiff;s Answers to Defendants' First Set of Interrogatories served contemporaneously herewith.

Ans:  Lack documents.

*/s/ Kenneth Smith*
KENNETH SMITH
James T. Vaughn Correctiona Ct.
1181 Paddock Road
Smyrna, DE  19977

DATED:    August 13, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY furnished copy of the aforemention to Stacey X. Stewart, Deputy Attorney General, Department of Justice, Carvel State Office Building, 820 N. French St., wilm, DE 19801.

By U.S. Mail this 13th day of August 2008, with sufficient postage affixed thereto.

*/s/ Kenneth Smith*
KENNETH SMITH

I/M Kenneth Smith
SBI# 193906 UNIT W-Bldg.
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Clerk of the Court
U.S. District Court
J. Caleb Federal Building

844 N. King Street

Wilmington, Delaware    19801