# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 07-269-SLR |
| | ) |
| STAN TAYLOR, THOMAS CARROLL, | )   JURY TRIAL DEMANDED |
| FIRST CORRECTIONAL MEDICAL, | ) |
| INC., DAVID WILKERSON, and | ) |
| GAIL ELLER, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT THOMAS CARROLL'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant Thomas Carroll, by and through the undersigned counsel, and hereby moves this Honorable Court to enter an Order granting his Motion for Summary Judgment on the grounds set forth in the accompanying Memorandum of Points and Authorities.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Stacey X. Stewart
Stacey X. Stewart ID.: 4667
Deputy Attorney General
Department of Justice
Carvel State Bldg., 6th Fl.,
820 N. French Street
Wilmington, DE  19801
stacey.stewart@state.de.us

Dated:  September 2, 2008

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-269-SLR |
| | ) | |
| STAN TAYLOR, THOMAS CARROLL, | ) | JURY TRIAL DEMANDED |
| FIRST CORRECTIONAL MEDICAL, | ) | |
| INC., DAVID WILKERSON, and | ) | |
| GAIL ELLER, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

**WHEREAS**, the Court having considered the Motion for Summary Judgment of Defendant Thomas Carroll;

**WHEREFORE, IT IS SO ORDERED** this _____ day of_____, 2008, that Defendant's Motion for Summary Judgment is **GRANTED.**

_____
The Honorable Sue L. Robinson

## *CERTIFICATE OF SERVICE*

I hereby certify that on September 2, 2008, I electronically filed *Defendant Thomas Carroll's Motion for Summary Judgment* with the Clerk of Court using CM/ECF. I hereby certify that on September 2, 2008, I have sent notification of such filing by U.S. First Class Mail to:

Kenneth Smith, Inmate
SBI#193906
James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE  19977

/s/ Stacey X. Stewart
Stacey X. Stewart ID.: 4667
Deputy Attorney General
Department of Justice
Carvel State Bldg., 6th Fl.,
820 N. French Street
Wilmington, DE  19801
stacey.stewart@state.de.us